## Winslow ag^t Wilkins

John Winslow Agent to m^r David Riddock m^r Jn° Winslow dec^d & m^r Rich^d Middlecott plaint. ag^t James Wilkins Defend^t in an action of the case for that the s^d Wilkins hath not delivered twenty hogsheads of sweet scented Tobacco loaden by him the s^d Agent

aboard the Brigantine called the Claiborn Adventure & consigned to the s$^d$ severall persons in Boston or to theire Agents in Barbados as by severall bills of Lading or receipts signed by s$^d$ Wilkins dated in Yorke River the 19° of Novemb$^r$ 1673. may fully appeare with all due damages according to attachm$^t$ dat. Septemb$^r$ 17° 1675. . . . The Jury . . . found for the Defend$^t$ costs of Court.